## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SA CV 12-1418 DOC (PLAx)                              Date: September 26, 2012

Title: MARGARITA CASTORINO-HEER V. BNC MORTGAGE, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                   NONE PRESENT

PROCEEDING (IN CHAMBERS): **ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE SANCTIONED**

Before the Court is Motion to Remand filed by Plaintiff Margarita Castorino-Heer ("Plaintiff") (Dkt. 9).

Plaintiff notes that JPMorgan Chase and Mortgage Electronic Registration System, Inc. ("Defendants"), represented to this Court in a Notice of Removal that "Upon information and belief Defendants BNC, T.D. Service Company, NDEx West LLC and U.S. Bank, N.A. have not been served with the summons of complaint as of the date of this removal." Notice of Removal, ¶ 21 (Dkt. 1). Thus, Defendants stated that the "unserved defendant is not required to join in this removal." *Id.* (citing *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1988)). That Notice of Removal was dated August 28, 2012, and filed on August 30, 2012.

Plaintiff has provided documentation showing that two of those defendants, T.D. Service Company and NDEx West LLC, had in fact been served on August 20, 2012, and August 21, 2012, respectively. Plaintiff's exhibits to the Declaration of Alan L. Geraci show a proof of service had been filed in Superior Court for T.D. Service on August 22, 2012, and for NDEx West LLC on August 24, 2012. Geraci Decl. Exs. 1 & 2.

Defendants JPMorgan Chase Bank, N.A., and Mortgage Electronic Registration Systems,

Inc., are thus ORDERED to show cause why they should not be sanctioned under Rule 11, and why the Motion to Remand should not be granted.

   Defendants must file a brief of no more than three pages in response to this order on or by Wednesday, October 3, 2012.  Plaintiff may file a reply brief of no more than three pages, if she wishes to do so, on or by Tuesday, October 9, 2012.

   The Clerk shall serve this minute order on all parties to the action.